JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSAN MORREY,<br><br>　　　　Plaintiff(s),<br><br>v<br><br>RESURGENT CAPITAL SERVICES L.P.,<br><br>　　　　Defendant(s) | CASE NO. SA CV 15-0314-DOC (RNBx)<br><br>**ORDER DISMISSING CIVIL CASE** |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon good cause shown by **May 11, 2015**, to reopen this action if settlement is not consummated.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: March 11, 2015